UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-1006 |
| ) | |
| PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD, ) | |
| ) | |
| And ) | |
| ) | |
| WILLIAM D. DUHNKE III ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Public Company Accounting Oversight Board (PCAOB") and William D. Duhnke III (collectively, "Defendants"), by counsel, hereby remove this action, *Lee v. Public Company Accounting Oversight Board, et al*, Case No. 2021-CA-000704-B, from the Superior Court of the District of Columbia. As grounds for the removal, Defendants state as follows:

1. On or about March 5, 2021, Plaintiff filed the aforementioned civil action in the Superior Court of the District of Columbia.

2. Plaintiff served Defendant PCAOB with a Summons and file-stamped copy of the Complaint on March 22, 2021.

3. Undersigned defense counsel accepted service of process on behalf of Defendant Duhnke on March 23, 2021.

4. This Notice of Removal is filed within 30 days of the date on which Plaintiff effected service of the Summons and Complaint on Defendants and is otherwise timely under 28 U.S.C. §1446(b).

5. True and correct copies of the Summonses and the Complaint, and all other documents filed in or docketed in the state court, are attached. *See* Ex. 1 (Complaint); Ex. 2 (Summonses); Ex. 3 (Superior Court Civil Information Sheet).

6. This action is subject to removal pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction over claims by and against the PCAOB.

7. The PCAOB is a nonprofit corporation created by the Sarbanes–Oxley Act of 2002 (the "Act"). The PCAOB's primary mission is to oversee the audits of public companies and SEC-registered brokers and dealers in order to protect investors and further the public interest in the preparation of informative, accurate, and independent audit reports. *See* 15 U.S.C. § 7211(a); *see also* https://pcaobus.org/about/mission-vision-values

8. Section 101 of the Act expressly states that the PCAOB has the power "to sue and be sued, complain and defend, in its corporate name and through its own counsel, with the approval of the [Securities and Exchange] Commission, in any Federal, State, or other court." 15 U.S.C. § 7211(f)(1).

9. The Securities and Exchange Commission has provided the PCAOB approval to participate in this litigation.

10. Section 101 of the Act gives the United States District Courts original jurisdiction over matters in which the PCAOB is a party. *See American Nat'l Red Cross v. S.G.*, 505 U.S. 247 (1992). In *American Red Cross*, the Supreme Court held that because the Red Cross's charter granted it the power "to sue and be sued in courts of law and equity, State or Federal,

within the jurisdiction of the United States," the organization could remove a state-law tort action to federal court. *Id.* at 255-57. The Court reasoned:

> In expressly authorizing the organization to sue and be sued in federal courts, . . . the provision extends beyond a mere grant of general corporate capacity to sue, and suffices to confer federal jurisdiction.

*Id.* at 257.

11. For this reason, this Court has original jurisdiction over Plaintiff's claim against PCAOB arising under the District of Columbia Human Rights Act (DCHRA), and Defendants' removal is proper. *Id.* at 255-57.

12. In addition to having original jurisdiction over Plaintiff's DCHRA claim against PCAOB, this Court also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's DCHRA claim against Defendant Duhnke because it forms part of the same case or controversy as the claim against PCAOB.

13. As required by 28 U.S.C. §1446(d), Defendants are providing contemporaneously herewith a true and correct copy of this Notice of Removal to the Plaintiff and to the Clerk of the Superior Court of the District of Columbia. A true and correct copy of the Notice of Notice of Removal to be filed in the Superior Court is attached hereto as Exhibit 4.

WHEREFORE, Defendants hereby remove the pending state court action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§1441 and 1446.

Respectfully Submitted,


/s/ _____
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

Counsel for Defendants PCAOB and William Duhnke III

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of April I filed the foregoing with the Court's electronic filing system, which will automatically provide notice to all counsel of record. In addition, I served a copy on Plaintiff's counsel by email:

David Moon
david@lipplawfirm.com
Sarah Mugmon
sarah@lipplawfirm.com
The Lipp Law Firm
4000 Legato Rd. – Suite 1100
Fairfax, Virginia 22033

/s/
Michael J. Lorenger