UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-1006 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al. | ) |
|       Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, the Public Company Accounting Oversight Board ("PCAOB") and William D. Duhnke III, by counsel, hereby respectfully move this Court for an order extending the time by which they must answer, plead, or otherwise respond to the Complaint to and including April 30, 2021. As grounds for this relief, Defendants state the following:

1. Plaintiff filed her Complaint in the Superior Court for the District of Columbia on or about March 5, 2021.

2. Plaintiff served Defendant PCAOB with a Summons and file-stamped copy of the Complaint on March 22, 2021.

3. Undersigned defense counsel accepted service of process on behalf of Defendant Duhnke on March 23, 2021.

4. Defendants removed this action to this Court on April 12, 2020.

5. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), absent an extension of time, the Defendants will be required to respond to the Complaint on or before April 19, 2021.

6. Defendants request that the Court set a response date of *April 30, 2021*, for both Defendants. This will result in an 11-day extension of time.

7. Defense counsel requires an extension of time so that he may fully investigate the facts of the case before responding.

8. This modest extension of time is reasonable under all circumstances of the case. Requests for extensions of time of 21-30 days to respond to complaints are routinely approved in this Court. Moreover, this particular the extension will have no material adverse effect on the discovery schedule, calendaring of case events, or scheduling of trial. Finally, the delay will not prejudice Plaintiff.

9. Plaintiff, through counsel, has stated that she will not oppose the relief sought by Defendants in this motion.

Wherefore, Defendants respectfully request that their motion be granted and that they be ordered to answer, plead, or otherwise respond to the Complaint on or before April 30, 2021.

Respectfully Submitted,

/s/
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

Counsel for Defendants PCAOB and William Duhnke III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SUE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2021-CA-000704-B |
| | ) |
| PUBLIC COMPANY ACCOUNTING | ) |
| OVERSIGHT BOARD, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is, by this Court, this ___ day of April, 2021,

ORDERED, that Defendants' motion be, and the same hereby is, granted; and it is further

ORDERED, that Defendants shall answer, plead, or otherwise respond to the Complaint on or before April 30, 2021.

SO ORDERED:

_____    _____
Judge, United States District Court            Date

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of April, 2021, I filed the foregoing Unopposed Motion for Extension of Time with the Court's electronic filing system, which will automatically provide notice to all counsel of record. In addition, I served a copy on Plaintiff's counsel by email:

    David Moon
    david@lipplawfirm.com
    Sarah Mugmon
    sarah@lipplawfirm.com
    The Lipp Law Firm
    4000 Legato Rd. – Suite 1100
    Fairfax, Virginia 22033

                                          /s/
                                          Michael J. Lorenger