THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUE LEE | ) |
| | ) |
| **Plaintiff/Counter-Defendant,** | ) |
| v. | ) Civil Action No. 1:21-cv-1006 |
| | ) |
| | ) |
| WILLIAM D. DUHNKE III *et al.* | ) DEMAND FOR JURY TRIAL |
| | ) |
| **Defendants/Counter-Plaintiff** | ) |
| | ) |
| _____ | ) |

**ERRATA NOTICE**

Plaintiff Sue Lee ("Ms. Lee"), by and through undersigned counsel, hereby files this Errata Notice as to her Motion for Leave to File Amended Complaint (Dkt. No. 13), and states as follows:

1. On May 21, 2021, Ms. Lee filed her Motion for Leave to File Amended Complaint and the Amended Complaint with this Court.

2. Upon recent review of the Amended Complaint filed as Exhibit 1 to the Motion for Leave to File Amended Complaint, Plaintiff's counsel noticed certain typographical errors, including an incorrect statute cited in the caption of Count II of the Amended Complaint. Additionally, Counsel for Defendants notified the undersigned that the redline comparison copy submitted at Exhibit 2 of Plaintiff's Motion for Leave was unclear.

3. Counsel for Plaintiff has disclosed these errors to counsel for Defendants and the undersigned's intention to file this errata notice with the Court.

4. Plaintiff hereby submits a corrected version of her Motion for Leave and corresponding exhibits. The corrections consist of the following:

    a) Editing Public Company Accounting Oversight Board's name in the introduction

paragraph on page 1;

b) Changing "have" to "has" in Paragraph 26;

c) Removing the wording after the word "employment" at the end of Paragraph 66;

d) Removal of the word "and" after employees and inserting the same after "affiliations" in paragraph 89;

e) Correction of the caption for Count II to DC Code 2-1402.61(a);

f) Removal of the apostrophe from "PCAOB" in the second line of Paragraph 118;

g) In the prayer for relief, inserting the word "Defendants" in section A on page 20 after the word against; and

h) Inclusion of a cleaned-up version of the comparison document detailing the changes contained in the corrected Amended Complaint and the first Complaint filed by Plaintiff in March 2021.

WHEREFORE, Ms. Lee respectfully prays that this Court accept the Errata filing of Ms. Lee's Motion for Leave to File Amended Complaint and Amended Complaint.

Dated: June 4, 2021                              Respectfully submitted,

                                                      /s/ David Moon
                                                 David M. E. Moon, Esq.
                                                 THE LIPP LAW FIRM
                                                 4000 Legato Road, Ste. 1100
                                                 Fairfax, Virginia 22033
                                                 (703) 896-7704
                                                 david@lipplawfirm.com
                                                 *Counsel for Plaintiff Sue Lee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 4, 2021, the undersigned filed a copy of the foregoing through this Court's ECF system, which will send a true copy of the foregoing pleading to all counsel of record.

                                              /s/ David Moon
                                      David M. E. Moon, Esq.
                                      THE LIPP LAW FIRM
                                      4000 Legato Road, Ste. 1100
                                      Fairfax, Virginia 22033
                                      (703) 896-7704
                                      david@lipplawfirm.com
                                      *Counsel for Plaintiff Sue Lee*

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUE LEE | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 1:21-cv-1006 |
| | ) |
| WILLIAM D. DUHNKE III *et al.* | ) |
| | ) |
|     Defendants/Counter-Plaintiff | ) |
| | ) |

### PLAINTIFF SUE LEE'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Sue Lee, by counsel, and, pursuant to Rule 15 of the Federal Rules of Civil Procedure (the "FRCP"), respectfully moves this Court for leave to file her Amended Complaint against Defendants William D. Duhnke III and the Public Company Accountability Board ("PCAOB"), attached hereto at Exhibit 1,[1] and, in furtherance thereof, states as follows:

### BACKGROUND

1. Ms. Lee initiated this action on March 3, 2021, related to her unlawful and discriminatory termination by Defendants, in the D.C. Superior Court.

2. On April 12, 2021, Defendants removed this action to the United States District Court for the District of Columbia.

3. On April 30, 2021, Defendants filed their Answer to Ms. Lee's Complaint and further asserted a Counterclaim against Ms. Lee related to allegedly unauthorized travel expenses incurred by Ms. Lee during her PCAOB employment (Dkt. No. 11).

---

[1] A comparison copy showing all changes between Ms. Lee's Complaint and her Amended Complaint is attached hereto at Exhibit 2.

4. On May 7, 2021, Ms. Lee initiated administrative proceedings before the United States Equal Employment Opportunity Commission (the "EEOC") and the D.C. Office of Human Rights, alleging discrimination on the base of race and national origin, in violation of Title VII of the Civil Rights Act of 1964, by PCAOB in connection with PCAOB's unlawful termination of her employment, as well as unlawful retaliation in connection with PCAOB's assertion of its Counterclaim against Ms. Lee.

5. As a result of the pendency of this action, and upon Ms. Lee's request, on May 13, 2021, the EEOC issued Ms. Lee a Notice of Right to Sue permitting Ms. Lee's initiation of her discrimination and retaliation claims under Title VII in a court of law.

## ARGUMENT

This Court should grant Ms. Lee leave to file her Amended Complaint, attached hereto as Exhibit 1, and treat such as Ms. Lee's operative pleading in this action. Pursuant to Rule 15 of the FRCP and this Court's well-established precedent, leave to amend pleadings should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(3); *Gordon v. Courter*, Civil Action No. 14–1382 (CKK), 2015 WL 4602588, at *3 (D.D.C. July 31, 2015) ("The decision whether to grant leave to amend a complaint is within the discretion of the district court, but leave should be freely given unless there is a good reason to the contrary.").

Moreover, this Court has held that a party's leave to amend its pleadings should only be denied upon the finding of a sufficient reason for so doing, such as "futility of amendment, undue delay, bad faith, dilatory motive, undue prejudice, or repeated failure to cure deficiencies by previous amendments." *Boyd v. Dist. of Columbia*, 465 F. Supp. 2d 1, 3 (D.D.C. 2006). No such reasons are applicable here. Through her amended complaint, Ms. Lee seeks to add three counts under Title VII of the Civil Rights Act for discrimination and retaliation that only became

ripe for adjudication by this Court upon the EEOC's issuance of its Notice of Right to Sue on May 13, 2021. Ms. Lee also seeks to add two counts under District of Columbia law—retaliation under the D.C. Human Rights Act ("DCHRA") and a claim for abuse of process—which address Defendants' unlawful threats to file the Counterclaim against Ms. Lee should she initiate this action in the months preceding her filing of such, and the Defendants' filing of a factually frivolous counterclaim in bad faith as a means to punish Ms. Lee for exercising her rights under Title VII and the DCHRA and dissuade other current and former employees from undertaking a similar course of action.

    Ms. Lee's filing of her Amended Complaint would not unduly prejudice Defendants or delay adjudication of this action because no scheduling order has been entered in this matter and this Court has not otherwise set a deadline for the filing of amended pleadings by either party.

Dated:   June 4, 2021                                                Respectfully submitted,

                                                                           /s/ David Moon
                                                             David M. E. Moon, Esq.
                                                             THE LIPP LAW FIRM
                                                             4000 Legato Road, Ste. 1100
                                                             Fairfax, Virginia 22033
                                                             (703) 896-7704
                                                             david@lipplawfirm.com
                                                             *Counsel for Plaintiff Sue Lee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 4, 2021, the undersigned filed a copy of the foregoing through this Court's ECF system, which will send a true copy of the foregoing pleading to all counsel of record.

                                              /s/ David Moon
                                      David M. E. Moon, Esq.
                                      THE LIPP LAW FIRM
                                      4000 Legato Road, Ste. 1100
                                      Fairfax, Virginia 22033
                                      (703) 896-7704
                                      david@lipplawfirm.com
                                      *Counsel for Plaintiff Sue Lee*