UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-1006 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al. | ) |
|       Defendants. | ) |

## NOTICE OF NON-OPPOSITION TO MOTION

Defendants, the Public Company Accounting Oversight Board ("PCAOB") and William D. Duhnke III, by counsel, and in response to the Court's Minute Order dated May 23, 2021, hereby state that they do not oppose Plaintiff's Motion for Leave to File Amended Complaint [Dkt. 13].

Respectfully Submitted,

*/s/Michael J. Lorenger*
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of June, 2021, I filed the foregoing Notice of Non-Opposition to Motion with the Court's electronic filing system, which will automatically provide notice to all counsel of record. In addition, I served a copy on Plaintiff's counsel by email:

David Moon
david@lipplawfirm.com
Sarah Mugmon
sarah@lipplawfirm.com
The Lipp Law Firm
4000 Legato Rd. – Suite 1100
Fairfax, Virginia 22033

                                              */s/Michael J. Lorenger*
                                              Michael J. Lorenger