UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-1006 |
| ) | |
| PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION TO SET DATE CERTAIN
## FOR RESPONSE TO AMENDED COMPLAINT

Defendants, the Public Company Accounting Oversight Board ("PCAOB") and William D. Duhnke III, by counsel, hereby respectfully move this Court for an order setting a date certain by which Defendants must answer, plead, or otherwise respond to the Amended Complaint after it is deemed filed. As grounds for this relief, Defendants state the following:

1. Plaintiff filed her Complaint on or about March 5, 2021, in the District of Columbia Superior Court.

2. Defendants removed the action to this Court on April 12, 2021.

3. On May 21, 2021, Plaintiff filed a Motion for Leave to File Amended Complaint.

4. The Court directed Defendants to state by today, June 4, 2021, whether they will oppose or not oppose the Motion to Amend.

5. In compliance with the Court's order, Defendants state that they do not oppose Plaintiff's Motion to Amend and thus consent to the filing of the Amended Complaint. *See* Defendants' Notice of Non-Opposition, filed contemporaneously herewith.

6. Defendants' response to the Amended Complaint will be due 14 days after it is deemed filed by the Court. Fed. R. Civ. P. 15(a)(3).

7. Defendants request that the Court enter an order setting **June 25, 2021**, as the date by which Defendants must respond to the Amended Complaint.

8. Defendants' counsel will be engaged full-time in an arbitration proceeding between June 7, 2021, and at least June 11, 2021. Accordingly, Defendants' counsel will be unable to devote the time required to assess and respond to the Amended Complaint until the arbitration matter is complete. The date June 25, 2021 is 14 days after Defendants' counsel's arbitration is scheduled to conclude.

9. Plaintiff's counsel has informed Defendants' counsel that Plaintiff does not oppose the relief requested by this motion.

Wherefore, Defendants respectfully request that their motion be granted and that they be ordered to answer, plead, or otherwise respond to the Amended Complaint on or before June 25, 2021.

Respectfully Submitted,

*/s/Michael J. Lorenger*
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Civil Division

| | |
|---|---|
| SUE LEE, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-1006 |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al. | ) |
|       Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Unopposed Motion to Set Date Certain for Response to Amended Complaint, it is, by this Court, this ___ day of June, 2021,

ORDERED, that Defendants' motion be, and the same hereby is, granted; and it is further

ORDERED, that Defendants shall answer, plead, or otherwise respond to the Amended Complaint not later than June 25, 2021.

SO ORDERED:

_____  _____
Judge, United States District Court            Date

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2021, I filed the foregoing Motion to Set Date Certain for Response to Amended Complaint with the Court's electronic filing system, which will automatically provide notice to all counsel of record. In addition, I served a copy on Plaintiff's counsel by email:

>David Moon
>david@lipplawfirm.com
>Sarah Mugmon
>sarah@lipplawfirm.com
>The Lipp Law Firm
>4000 Legato Rd. – Suite 1100
>Fairfax, Virginia 22033

>*/s/Michael J. Lorenger*
>Michael J. Lorenger