UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUE LEE,

  Plaintiff/Counter-Defendant

  v.

WILLIAM D. DUHNKE, III, *et al.*

  Defendants/Counter-Plaintiff

Civil Action No. No. 1:21-cv-1006

# SCHEDULING ORDER

1. **DEADLINES:**

It is hereby **ORDERED** that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline to Exchange Initial Disclosures | 45 Days after entry of this Order |
| Deadline to Amend the Pleadings | 60 Days after entry of this Order |
| Deadline to Join Additional Parties | 60 Days after entry of this Order |
| Rule 26(a)(2) Expert Disclosures | February 4, 2022 |
| Rebuttal Rule 26(a)(2) Expert Disclosures | March 4, 2022 |
| End of Discovery | May 31, 2022 |
| Dispositive Motions | July 18, 2022 |

1

**2. DEPOSITIONS AND INTERROGATORIES:**

The parties agree that the limits set forth in the Federal Rules of Civil Procedure and Local Rules of this Court shall govern discovery in this action. Each party shall be permitted to notice ____ depositions in this case without seeking leave of Court.

**3. EXPERT DISCOVERY:**

Expert disclosures required under Rule 26(a)(2) of the Federal Rules shall be exchanged no later than February 4, 2022, and any rebuttal expert disclosures shall by exchanged by March 4, 2022.

**4. REQUEST FOR APPOINTMENT OF MEDIATOR:**

If at any point the parties desire to engage in mediation, with a Magistrate Judge or through the Mediation Program of the Circuit Court's Executive's Office, the parties shall file a joint motion captioned "Joint Motion for Mediation."

_____
Judge, Colleen Kollar-Kotelly
U.S. District Court, District of Columbia