UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-1006 |
| ) | |
| PUBLIC COMPANY ACCOUNTING ) | |
| OVERSIGHT BOARD, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on a joint motion by the parties to continue this Court's stay of proceedings through the completion of mediation. Upon consideration of the parties' motion, and recognizing that the parties' settlement conference is scheduled to take place on March 4, 2022, and otherwise for good cause shown, it is, by this Court:

ORDERED, that all further matters in this case shall be stayed through March 11, 2022; and it is further

ORDERED, that, if a stipulation of dismissal is not filed sooner, a Joint Status Report shall be filed not later than March 11, 2022, such Joint Status Report to include an amended Joint Discovery Plan and Amended Scheduling Order proposing amended discovery deadlines.

So ordered this 24th day of January, 2022.

_____
Colleen Kollar-Kotelly
United States District Judge

1