UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2021-CA-1006-CKK |
| | ) |
| PUBLIC COMPANY ACCOUNTING | ) |
| OVERSIGHT BOARD, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION
## TO EXTEND TIME TO SCHEDULE AND TAKE DEPOSITIONS

The Defendants, the Public Company Accounting Oversight Board ("PCAOB") and Willian Duhnke, by counsel and with the consent of the Plaintiff, respectfully move this Court for an order extending until June 30, 2023, the time by which the parties must schedule and take depositions. As grounds for the relief requested herein, Defendants state:

**Procedural History**

1. Plaintiff filed this action in District of Columbia Superior Court on March 5, 2021.

2. Defendants removed the action to this Court on April 12, 2021. [Dkt. No. 1]

3. On June 7, 2021, Plaintiff filed an Amended Complaint. [Dkt. No. 18]

4. By Order dated September 7, 2021, the Court stayed the case and ordered the parties to participate in a Judicial Settlement Conference. [Dkt. No. 25]

5. The Settlement Conference was initially scheduled to proceed on January 20, 2022, but by Order of the Magistrate was postponed until March 4, 2022. [Minute Order dated 1/20/2022]

6. The Settlement Conference proceeded on March 4, 2022, but no resolution of the case was reached.

7. Pursuant to the Scheduling Order entered by the Court on April 28, 2022, the parties were ordered to complete discovery on or before March 3, 2023. [Dkt. No. 33]

8. Thereafter, the parties engaged in written discovery through approximately December 2022. The parties were anticipating the scheduling of depositions beginning in approximately late January or early February 2023.

9. On February 3, 2023, Plaintiff's original counsel withdrew from representation and new counsel, attorneys from the law firm of Corriea & Puth, entered their appearances on behalf of Plaintiff. [Dkt. Nos. 40, 41, 42]

10. In light of their entry into the case, Plaintiff's new counsel requested an extension of the discovery period through and including May 5, 2023, to ensure that they would have time to familiarize themselves with the case, consider whether supplementation of discovery was required, and prepare for depositions. Defendants joined Plaintiff in seeking the extension. The parties agreed that the extended period would not allow any party to serve additional written discovery (interrogatories, requests for production, or requests for admission) on any other party, but would instead be used to supplement existing discovery responses, resolve any discovery disputes, and schedule and take depositions. [Dkt. No. 43]

11. The Court granted the parties' joint motion by Minute Order dated February 10, 2023.

**Grounds for Relief Sought**

12. Defendants now request that the discovery cut-off date – previously extended through May 5, 2023 – be extended by eight (8) additional weeks, through and including June 30, 2023, for two principal reasons.

13. First, Plaintiff has recently supplemented her discovery responses by providing additional information in response to interrogatories and by producing additional documents. Plaintiff has informed Defendants that there will be one additional supplementation of discovery in the coming week. Defendants require additional time to review and evaluate Plaintiff's supplemental responses, discuss those responses with the Defendants, and prepare for depositions accordingly.

14. Second, because the discovery period was initially set to end in March, Defendants' counsel had scheduled other matters throughout April. Accordingly, Defendant's counsel's schedule for the period through May 5, 2023, allows only limited time to schedule and take depositions. The parties anticipate taking approximately 15 depositions.

15. In their initial discussions of this issue, Defendants' counsel had proposed that the deposition scheduling date be extended through June 5, 2023; however, because Plaintiff's counsel is scheduled to begin trial in another matter in May, Plaintiff's counsel has proposed that the deposition scheduling date be extended through the end of June to accommodate their trial schedule. Accordingly, Defendants' counsel has agreed to seek an extension of the deposition scheduling date through June 30, 2023.

16. Defendants respectfully submit that their request should be granted. The modest extension is necessary only to facilitate the scheduling of depositions following the prior extension, which was necessitated by the entry of new counsel in the case; Plaintiff will not

suffer prejudice as a result of the extension requested by Defendants; and Plaintiff's counsel has informed Defendants' counsel that Plaintiff will not oppose this request.

For these reasons, Defendants request: (i) that the parties be permitted eight (8) additional weeks to schedule and take depositions; and (ii) the status conference currently scheduled for May 22, 2023, be rescheduled for a date and time following the close of discovery.

Respectfully submitted,

***/s/Michael J. Lorenger***
Michael J. Lorenger (D.C. Bar 454146)
Lorenger & Carnell PLC
651 S. Washington St.
Alexandria, Virginia 22314
703-684-1800 (Phone)
703-684-1805 (Fax)
mlorenger@lorengercarnell.com

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| SUE LEE, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 2021-CA-1006-CKK |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al. | ) |
|       Defendants. | ) |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendants' Unopposed Motion to Extend Time to Schedule and Take Depositions.

Upon consideration of the motion, and for good cause shown, it is, by this Court:

ORDERED, the Defendants' motion be, and the same hereby is, granted; and it is further

ORDERED, the Scheduling Order shall be, and the same hereby is, modified as follows:

(i) The discovery cut-off date, currently set as May 5, 2023, shall be continued to June 30, 2023; provided that this continuance shall not extend the deadline by which the parties may serve interrogatories, requests for production or inspection, and/or requests for admission on the others.

(ii) The status conference currently scheduled for May 22, 2023, shall be continued to a date determined by the Court.

So ordered this _____ day of April, 2023

_____
Colleen Kollar-Kotelly, United States District Judge

# CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of April, 2023, I filed the foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO SCHEDULE AND TAKE DEPOSITIONS with the Court via ECF, which will automatically serve all counsel of record. I also served a copy by email on Plaintiff's counsel:

    Linda M. Correia (Bar No. 435027)
    Andrew M. Adelman (Bar No. 1029165)
    Correia & Puth, PLLC
    1400 16th Street NW, Suite 450
    Washington, D.C. 20036
    Tel: (202) 602-6500
    lcorreia@correiaputh.com
    aadelman@correiaputh.com


                                                */s/Michael J. Lorenger*
                                               Michael J. Lorenger